CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Russell Handy, Esq., SBN 195058
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
Monetary Management of California, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Anthony Chan; Monetary Management of California, Inc., a Delaware Corporation; and Does 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-02055-MCE-CKD<br><br>**JOINT STATUS REPORT; ORDER** |

Plaintiff Scott Johnson ("Plaintiff") and Defendant Monetary Management of California, Inc. ("MMCA") (Plaintiff and MMCA collectively referred to as the "Parties") hereby submit this Joint Status Report in response to the Court's February 26, 2020 Minute Order.

From approximately September 2018 to December 2018, the Parties and Defendant Anthony Chan, through their counsel, negotiated a confidential settlement agreement and release of this matter. The Parties and Defendant Anthony Chan finalized the settlement agreement. The Parties circulated the finalized settlement agreement to their respective clients for signature. On or about December 6, 2018, the Parties executed a confidential settlement agreement and release of this matter. The Parties anticipated that Defendant Anthony Chan would be a signatory to the settlement agreement. MMCA's counsel sent at least 15 emails and left multiple voicemail messages for then-counsel for Defendant Anthony Chan to attempt to secure Chan's signature.

Notwithstanding not being able to secure Chan's signature on the settlement agreement, MMCA's counsel sent a check to Plaintiff's counsel on or about December 10, 2018 pursuant to the settlement agreement executed between the Parties. Defendant completed all of its obligations pursuant to the settlement agreement. Plaintiff's counsel cashed MMCA's settlement check but has not yet filed for dismissal of this action of MMCA with prejudice, in violation of the settlement agreement.

As MMCA has performed all of its obligations pursuant to the Parties' executed settlement agreement, the Parties hereby jointly request that this Court enter dismissal of MMCA with prejudice.

| | |
|---|---|
| Dated: March 9, 2020 | CENTER FOR DISABILITY ACCESS |
| | By   */s/ Phyl Grace*<br>PHYL GRACE<br>Attorney for Plaintiff<br>SCOTT JOHNSON |
| Dated: March 9, 2020 | MORGAN, LEWIS & BOCKIUS LLP |
| | By   */s/ Kathy H. Gao*<br>KATHY H. GAO<br>Attorney for Defendant<br>MONETARY MANAGEMENT OF CALIFORNIA, INC. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 112879437.1

1

JOINT STATUS REPORT; ORDER
2:17-CV-02055-MCE-CKD

**ORDER**

After considering the Parties' Joint Status Report and good cause appearing, IT IS HEREBY ORDERED that Defendant Monetary Management of California, Inc., is DISMISSED from this action without leave to amend. The case shall proceed on Plaintiff's remaining claims.

**IT IS SO ORDERED.**

Dated: March 16, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 112879437.1